**Paul NORFOLK, Plaintiff–Appellant**

v.

**Leon VICKERS; "Jane Doe" Chandler; Dr. Thomas Baker; Dr. Mullen; Dr. William Rice, MD; Dr. Harry D. Haas, MD; Stormi Moeller; Eric Vogt; Cheryl Clad; Erin Escamille; Angela Laws; John Cook; Dr. Knudsen; Dr. Jane Doe; Dr. John Doe; George Lombardi; Larry Crawford; Dave Dormire; Gale Bailey; Deloise Williams; Stewart Epps; Dr. Michael Sands; Melody Griffith; Jewel Cofield; Corizon, Inc., Defendants–Appellees.**

No. 13–3423.

United States Court of Appeals, Eighth Circuit.

Submitted: July 3, 2014.

Filed: July 11, 2014.

Paul Norfolk, Jefferson City, MO, pro se.

Jessica L. Liss, Jackson Lewis P.C., Saint Louis, MO, for appellees Leon Vickers, Carol Chandler, Angela Law, Erin Escamilla, Thomas Baker, Cheryl Clad, Jewel Cofield, John Cook, Dr. John Knudsen, Stormi Moeller, Dr. Mullen, William

Rice, M.D., Michael Sands, and Corizon, Inc.

Emily A. Dodge, Asst. Atty. Gen., Jefferson City, MO (Chris Koster, Atty. Gen., on the brief), for appellees George Lombardi, Gale Bailey, Larry Crawford, Dale Dormire, Melody Griffith, and Deloise Williams.

John L. Roark, Phebe La Mar, Smith Lewis, LLP, Columbia, MO, for appellee Harry D. Haas, M.D.

Mariam Decker, Bruce Farmer, Megan Fewell, Oliver Walker Wilson LLC, Columbia, MO, for appellee Eric Vogt, M.D.

Before BYE, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Inmate Paul Norfolk appeals following the district court's[1] adverse grant of summary judgment on the remaining claims in his 42 U.S.C. § 1983 action. Upon careful consideration of the matters Norfolk raises on appeal, we find that they provide no basis for overturning the rulings he challenges. The judgment of the district court is affirmed, see 8th Cir. R. 47B, and we rescind the order granting his motion for an extension of time to file a reply brief.

---

[1]. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.